### FINCH, VAN SLYCK & McCONVILLE v. STEPHEN SINGER, Etc.[1]

November 17, 1922.

No. 23,128.

Verdict for purchase price of goods sustained.

> In an action to recover the balance claimed to be due on a sale of merchandise the evidence is *held* to sustain the verdict for the plaintiff.

Action in the district court for Pennington county to recover a balance of $190.21 due on a sale of merchandise. Defendant interposed a counterclaim for $300. The case was tried before Grindeland, J., who at the close of the testimony dismissed the action as to Edward Singer on the ground that he was not a proper party to the action, and a jury which returned a verdict for $193.54. From an order denying his motion for a new trial, Stephen Singer appealed. Affirmed.

*Theo. Quale,* for appellant.

*O. A. Naplin* and *W. R. Olson,* for respondent.

[1]Reported in 190 N. W. 602.

DIBELL, J.

Action to recover a balance due on the sale of merchandise. There
was a verdict for the plaintiff and the defendant appeals from the
order denying his motion for a new trial.

The plaintiff offered evidence to show that between February 3,
1919, and October 9, 1920, it sold to the defendant merchandise of
the value of $3,638.24, on which there was due $190.21. The evi-
dence was sufficient. The defendant admitted the amount of the
merchandise sold, denied that there was a balance due, and counter-
claimed for damages for delay in delivery. The ruling of the trial
court was against the counterclaim and it is not presented for re-
view. At the trial the defendant claimed that there were over-
charges of interest in the account, and that he had paid the plain-
tiff in full. The trial court painstakingly tried the case and pre-
sented it to the jury. The jury found for the plaintiff the amount
demanded. The verdict ends the controversy.

Order affirmed.